# IN THE SUPREME COURT OF THE STATE OF NEVADA

VITALY ZAKOUTO,
               Appellant,
           vs.
THE STATE OF NEVADA,
               Respondent.

No. 82447

FILED

NOV 05 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order dismissing a petition for genetic marker analysis. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Accordingly, this court

      ORDERS this appeal DISMISSED.

                  _____, J.
                  Parraguirre

_____, J.
Stiglich

                  _____, J.
                  Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-31904

cc:    Hon. Michael Villani, District Judge
Federal Public Defender/Las Vegas
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A